UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24-40027 |
| Plaintiff, | REDACTED FACTUAL BASIS STATEMENT |
| vs. | |
| ROBERT BARBETTI, | |
| Defendant. | |

The Defendant states the following facts are true, and the parties agree they establish a factual basis for the offense to which the Defendant is pleading guilty pursuant to Fed. R. Crim. P. 11(b)(3).

My name is: Robert Barbetti.

On or about November 7, 2023, I knowingly employed, used, persuaded, induced, enticed, and coerced [Name Redacted], a minor male who had not attained the age of 18, living in Texas, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such visual depiction would be transported in interstate or foreign commerce or mailed, and such visual depiction would be produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, including by computer.

More specifically, over the internet platform Snapchat, I directed [Name Redacted] to perform explicit sexual acts on his six-year-old brother, record the

sexual acts, and send them over the internet to me here in South Dakota. The videos I directed him to produce included touching his six-year-old brother's penis and performing oral sex on his brother. I know that the videos were not computer-generated.

On or about between June 3, 2023 and June 4, 2023, I knowingly employed, used, persuaded, induced, enticed, and coerced [Name Redacted], a minor female who had not attained the age of 18, living in Virginia, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such visual depiction would be transported in interstate or foreign commerce or mailed, and such visual depiction would be produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, including by computer.

More specifically, over the internet platform Snapchat, I pretended to be 17 years old and coerced [Name Redacted] into producing videos of herself naked from the waist down showing her anus and vagina while she masturbated. I directed [Name Redacted] to send the videos over the internet to me here in South Dakota. I know that the videos were not computer-generated.

My actions were all in violation of 18 U.S.C. §§ 2251(a) and 2251(e).

I further stipulate and agree that the following property was used or intended to be used in the commission of the offense described above:

1. a black Samsung cell phone with IMEI number 358997696094171; and
2. a black Samsung cell phone with IMEI number 357225631776244 seized from the Defendant

2

The parties submit that the foregoing statement of facts is not intended to be a complete description of the offense or the Defendant's involvement in it. Instead, the statement is offered for the limited purpose of satisfying the requirements of Fed. R. Crim. P. 11(b)(3).  The parties understand that additional information relevant to sentencing may be developed and attributed to the Defendant for sentencing purposes.

RONALD A. PARSONS, JR.
United States Attorney

3/27/2026
_____          _____
Date                                 Elizabeth A. Ebert-Webb
                                     Assistant United States Attorney
                                     P.O. Box 2638
                                     Sioux Falls, SD 57101-2638
                                     Telephone:  (605)357-2343
                                     E-Mail: Elizabeth.Ebert-Webb@usdoj.gov

3/27/26
_____          _____
Date                                 Robert Barbetti
                                     Defendant

march 27, 2026
_____          _____
Date                                 Amanda D. Kippley
                                     Attorney for Defendant

3